**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge Christine M. Arguello**

Civil Action No. 22-rj-00006-CMA

NATIONWIDE JUDGMENT RECOVERY, INC. as assignee of Matthew E. Orso, in his capacity as successor court-appointment Receiver for Rex Venture Group, LLD, d/b/a ZeekRewards.com for Receiver Kenneth D. Bell,

      Plaintiff,

v.

JAMES K. LARSON, a member of the Defendant Class of Net Winners in ZeckRewards.com,
TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust,
TRUDY GILMOND,
TRUDY GILMOND, LLC,
JERRY NAPIER,
DARREN MILLER,
RHONDA GATES,
DAVID SORRELLS,
INNOVATION MARKETING, LLC,
AARON ANDREWS,
SHARA ANDREWS,
GLOBAL INTERNET FORMULA, INC.,
T. LEMONT SILVER,
KAREN SILVER,
MICHAEL VAN LEEUWEN,
DURANT BROCKETT,
DAVID KETTNER,
MARY KETTNER,
P.A.W.S. CAPITAL MANAGEMENT LLC
LORI JEAN WEBER, and
Defendant Class of Net Winners in ZEEKREWARDS.COM,

      Defendants,

JP MORGAN CHASE BANK, N.A.,

      Garnishee,

---

**GARNISHEE ORDER**

---

After consideration of the Motion for Entry of Judgment in Garnishment Action of Plaintiff-Judgment Creditor Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell ("Judgment Creditor") and the other papers on file in this action, the Court renders judgment in this garnishment action as set out below.

Judgment Creditor owns and holds a valid and subsisting outstanding judgment against James Larson. That judgment was issued and entered by the United States District Court of the Western District of North Carolina; Cause Number 3:14-cv-00091-GCM (the "Underlying Judgment"). In the Underlying Judgment, Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell (the plaintiff in that case) was awarded judgment against James Larson ("Judgment Debtor") for the sum of $7,331.14 together with post-judgment interest at the rate of 1.22% per annum. Judgment Creditor is an assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell and is the current owner and holder of the Underlying Judgment.

The time for appeal of the Underlying Judgment previously expired. On April 4, 2021, Judgment Creditor registered the Underlying Judgment in this Court. On May 10, 2022, Judgment Creditor filed an Application for a Writ of Garnishment in this action

reflecting, among other things, that the Underlying Judgment was unpaid and that the applicable grounds for issuing a writ of garnishment had been met. On May 10, 2022, a Writ of Garnishment After Judgment ("Writ of Garnishment") was issued in this action.

On May 23, 2023, JP Morgan Chase Bank, N.A., filed an Answer to the Writ of Garnishment. In its Answer, JP Morgan Chase Bank, N.A., stated that it was indebted to Judgment Debtor in the amount of $2,822.59. Judgment Debtor was previously served with a copy of the Application for a Writ of Garnishment and the Writ of Garnishment. (Doc. # 6-1.) On July 1, 2022, Judgment Debtor filed a Motion to Vacate the Clerk's Certification of Judgement. (Doc. # 6.) The Court denied the Motion, concluding that notice to Judgment Debtor of the class action had been "reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." (Doc. # 11 at 6 (citing *In re Integra Realty Resources, Inc.*, 262 F.3d 1089, 1110 (10th Cir. 2001)). On October 13, 2022, Judgment Debtor filed a claim of exemption. (Doc. # 10.) The Court denied this as untimely. (Doc. # 12.)

Accordingly, pursuant to the findings of the Court recited above, IT IS HEREBY ORDERED that Garnishee, JP Morgan Chase Bank, N.A., shall pay to Judgment Creditor the sum of $2,822.59 within ten (10) days after entry of this Order. IT IS FURTHER ORDERED and that effective upon its making of the above-described payment of $2,822.59 to Judgment Creditor, JP Morgan Chase Bank, N.A., and all of its subsidiaries and affiliated entities will be discharged of all liability regarding the above-described $2,822.59, including liability to James Larson and affiliated entities and/or any

other entities. Such discharge of liability is without prejudice to Judgment Creditor's right to garnish JP Morgan Chase Bank, N.A., its subsidiaries and affiliated entities or any other person or entity in the future with regard to other debts and/or money belonging to or owed to Judgment Debtor.

IT IS FURTHER ORDERED that the costs of court in this action are taxed against Judgment Debtor.

IT IS FURTHER ORDERED that any relief requested in this action which is not expressly granted herein is hereby denied, and that this judgment disposes of all claims to the above-described $2,822.59 fund in this action and is appealable.

DATED: February 23, 2023.

BY THE COURT:

CHRISTINE M. ARGUELLO
Senior United States District Judge